IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| F&J SAMAME, INC., d/b/a ALAMO PACKING & CANDY COMPANY, § § § *Plaintiff*, § § v. § § ARCO IRIS ICE CREAM, ELIAS § VILLAPANDO, RAFEAL VILLAPANDO, § SALVADOR VILLAPANDO, § GUILLERMO VILLAPANDO, and RAUL VILLAPANDO all d/b/a ARCO IRIS ICE CREAM, *Defendants*. | Civil Action No.  SA-13-CV-365-XR |

**ORDER**

Due to a scheduling conflict among the parties, the hearing in this case is hereby reset for **Tuesday, May 27th at 9:30 A.M.**  The hearing will take place at the John H. Wood Jr. United States Courthouse, Courtroom 3, located at 655 East Cesar E. Chavez Boulevard, San Antonio, Texas, 78206.

SIGNED this 16th day of May, 2014.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE

1