IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| F & J SAMAME, INC. d/b/a ALAMO PACKING & CANDY COMPANY,<br>    *Plaintiff*, | § § § § | |
| v. | § § | CIV ACTION NO. 5:13-CV-365 |
| ARCO IRIS ICE CREAM, ELIAS VILLALPANDO, RAFAEL VILLALPANDO SALVADOR VILLALPANDO, GUILLERMO VILLALPANDO and RAUL VILLALPANDO d/b/a ACRO IRIS ICE CREAM,<br>    *Defendants*. | § § § § § | |

**ORDER GRANTING DEFENDANTS' MOTION TO COMPEL DEPOSITIONS**

On the _____ day of _____, 2015, came on to be heard, Defendants' Motion to Compel Depositions, and the Court, after reviewing the motion, the response and hearing the arguments of counsel, believes that same should be and hereby is GRANTED.

Signed this _____ day of _____, 2015

_____
JUDGE PRESIDING